UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC WENDELL HOLLOMAN,

    Plaintiff,

v.                                  Case No: 3:13-cv-1139-J-39PDB

JACKSONVILLE TRANSPORTATION
AUTHORITY and ALLIED ADJUSTERS
INSURANCE, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 10) recommending that Plaintiff's Complaint be dismissed for lack of jurisdiction. Plaintiff has been furnished with a copy of the Report and Recommendation and has been afforded an opportunity to file objections. However, to date, no objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice**.

3. The Clerk is directed to terminate all pending motions and to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of January, 2014.

*[signature]*
**BRIAN J. DAVIS**
United States District Judge

mh
Copies furnished to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

*Pro Se* Plaintiff

- 2 -